UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

JUAN VELAZQUEZ,

        Plaintiff,

v.

KAVULICH & ASSOCIATES, P.C.

        Defendants.

**STIPULATION OF DISMISSAL WITH RESERVATION OF JURISDICTION OVER SETTLEMENT**

17-CV-07401 (ER)(SN)

---------------------------------------------------------X

The undersigned, counsel for Plaintiff and Kavulich & Associates, P.C., hereby stipulate and agree as follows:

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the settlement agreement between the parties, Plaintiff hereby discontinues the above-titled action with prejudice as against Defendant Kavulich & Associates, P.C.

Notwithstanding the foregoing, Plaintiff and Kavulich & Associates, P.C. agree, and the Court hereby so orders, that the Court shall retain jurisdiction over all matters related to the settlement agreement entered into by Plaintiff and Defendant, including but not limited to interpretation and enforcement of same.

Dated: May 24, 2018

| _/s/Daniel A. Schlanger_ | _/s/Mitchell L. Pashkin_ |
|---|---|
| DANIEL A. SCHLANGER | MITCHELL L. PASHKIN, ESQ. |
| SCHLANGER LAW GROUP LLP | MITCHELL L. PASHKIN, ATTORNEY AT LAW |
| 9 East 40th Street, Suite 1300 | 775 Park Avenue, Suite 255 |
| New York, NY 10016 | Huntington, New York 11743 |
| T. 212-500-6114 | T. 631-629-7709 |
| F. 646-612-7996 | F. 631-824-9328 |
| dschlanger@consumerprotection.net | mpash@verizon.net |
| _Attorney for Plaintiff_ | _Attorney for Defendant_ |

So Ordered.

_____
Hon. Edgardo Ramos, U.S.D.J.