**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: ___5/25/2018___

---------------------------------------------------------------X

JUAN VELAZQUEZ,

                      Plaintiff,

           v.

KAVULICH & ASSOCIATES, P.C.

                      Defendants.

**STIPULATION OF DISMISSAL
WITH RESERVATION OF
JURISDICTION OVER
SETTLEMENT**

17-CV-07401 (ER)(SN)

---------------------------------------------------------------X

The undersigned, counsel for Plaintiff and Kavulich & Associates, P.C., hereby stipulate and agree as follows:

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the settlement agreement between the parties, Plaintiff hereby discontinues the above-titled action with prejudice as against Defendant Kavulich & Associates, P.C.

Notwithstanding the foregoing, Plaintiff and Kavulich & Associates, P.C. agree, and the Court hereby so orders, that the Court shall retain jurisdiction over all matters related to the settlement agreement entered into by Plaintiff and Defendant, including but not limited to interpretation and enforcement of same.

Dated:  May 24, 2018


*/s/Daniel A. Schlanger*
DANIEL A. SCHLANGER
SCHLANGER LAW GROUP LLP
9 East 40th Street, Suite 1300
New York, NY 10016
T. 212-500-6114
F. 646-612-7996
dschlanger@consumerprotection.net

*Attorney for Plaintiff*

*/s/Mitchell L. Pashkin*
MITCHELL L. PASHKIN, ESQ.
MITCHELL L. PASHKIN, ATTORNEY AT LAW
775 Park Avenue, Suite 255
Huntington, New York 11743
T. 631-629-7709
F. 631-824-9328
mpash@verizon.net

*Attorney for Defendant*


So Ordered.

_____
Edgardo Ramos, U.S.D.J
Dated: ___5/25/2018___
New York, New York